# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW FREDERICK SMITH, *Plaintiff* | § § § § | |
| v. | § § | Case No. 1:23-CV-01538-DII |
| EQUIFAX INFORMATION SERVICES, LLC, *Defendant* | § § § | |

## ORDER

Defendant Equifax Information Services, LLC filed its Answer on January 12, 2024 (Dkt. 5). Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Robert Pitman's form on or before **April 5, 2024**.

**SIGNED** on March 25, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1