IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ANDREW FREDERICK SMITH,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>     **Defendant.** | **Civil Action No. 1:23-cv-01538-DII** |

## NOTICE OF SETTLEMENT

Plaintiff ANDREW FREDERICK SMITH ("Mr. Smith"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. Smith and EQUIFAX INFORMATION SERVICES, LLC. Mr. Smith and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Smith and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated: June 14, 2024

Respectfully submitted,

**ANDREW FREDERICK SMITH**

/s/ *Craig C. Marchiando*
Craig C. Marchiando
Texas Bar Card 24046347
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: craig@clalegal.com
*Counsel for Plaintiff*