IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| **ANDREW FREDERICK SMITH,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>**Defendant.** | Case Number**: 1:23-cv-01538-DII** |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, ANDREW FREDERICK SMITH ("Plaintiff") and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Equifax, in the above styled action, with Plaintiff and Equifax to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of August, 2024.

DATED: August 9, 2024

By: /s/ Craig C. Marchiando
Craig C. Marchiando, Texas Bar Card No. 24046347
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com
*Counsel for Plaintiff*

By: *Jibril A. Greene*
Jibril Ahman Greene
Seyfarth Shaw LLP
2323 Ross Avenue
Ste 1660
Dallas, TX 75201
469-608-6745
Email: jagreene@seyfarth.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Craig C. Marchiando*
Craig C. Marchiando
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com
*Counsel for Plaintiff*